UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH EDWARD TATE, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08-CV-283 TCM |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF TRANSFER
## PURSUANT TO 28 U.S.C. § 2241(d)

**IT IS HEREBY ORDERED** that the instant petition is **TRANSFERRED** to the United States District Court for the Western District of Missouri pursuant to 28 U.S.C. § 2241(d).

Dated this 17th day of March, 2008.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**